JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHADAN SAFVATI,
Plaintiff,
v.
MERCEDES-BENZ USA, LLC, *et al.*,
Defendants.

Case No. 2:25-cv-11232-CV(KESx)

**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL**

**[DOC. # 10]**

On March 2, 2026, the Parties filed a Stipulation and [Proposed] Order of Dismissal ("Stipulation"). Doc. # 10. Through their Stipulation, the Parties seek to dismiss the entire action with prejudice, pursuant to Fed. R. Civ. P. 41(a). The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the entire action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: 10/13/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE